UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| | |
|---|---|
| CHERI M. GAULT,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) No. 3:12-CV-56<br>) (Phillips/Shirley) |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | )<br>)<br>) |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the objections to the report and recommendation of the magistrate judge filed by plaintiff [Doc. 20] are hereby **OVERRULED.** The report and recommendation [Doc. 19] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED,** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that the plaintiff's motion for summary judgment [Doc. 15] is **DENIED;** the defendant Commissioner's motion for summary judgment [Doc. 17] is **GRANTED;** the defendant Commissioner's decision in this case denying plaintiff's application for benefits under the Social Security Act is **AFFIRMED;** and this case is **DISMISSED.**

**IT IS SO ORDERED.**

**ENTER:**

<u>      s/ Thomas W. Phillips      </u>
United States District Judge

ENTERED AS A JUDGMENT
 s/ *Debra C. Poplin*
 CLERK OF COURT